JAMES DiNITTO, Respondent, v. M. F. DOLLARD, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for plaintiff in an action to recover for labor performed under contract. The order denies a motion for a new trial.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

RAYMOND MINCHIN, Appellant, v. THE CITY OF UTICA, Respondent.— Same decision and like cause of action as in companion case last above. [See *Hyde* v. *City of Utica, ante,* p. 477.] Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.